UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AARON ESEI,

*Plaintiff*

vs  No. SA-20-CV-01360-JKP

CHAD WOLF, ACTING SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; DANIEL BIBLE, FIELD OFFICE DIRECTOR FOR IMMIGRATION AND CUSTOMS ENFORCEMENT; AND REYNALDO CASTRO, WARDEN, SOUTH TEXAS DETENTION CENTER;

*Defendants*

# **O R D E R**

Before the Court is Plaintiff's Motion to Dismiss seeking to dismiss this cause without prejudice. *ECF No. 10*. Defendants have not filed an Answer. Plaintiff represents to this Court Defendants do not oppose the voluntary dismissal without prejudice. *Id*. The Court deems the terms of this dismissal to be proper pursuant to Federal Rule of Civil Procedure 41(a)(2).

In accordance with Federal Rule 41(a)(2), it is ORDERED Plaintiff's Motion to Dismiss is GRANTED; all causes of action asserted by Plaintiff are DISMISSED without prejudice**.**

IT IS FURTHER ORDERED any pending motions, including Defendants' Motion for Summary Judgment (*ECF No. 7*), are DENIED as moot.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

This Court's referral of this action to Magistrate Judge Chestney is withdrawn. The Clerk of Court is directed to close the case.

It is so Ordered.
SIGNED this 20th day of January, 2021.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE